**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jonathon Duke JONES, Petitioner**

**No. 201 WAL 2017**

Supreme Court of Pennsylvania.

October 17, 2017

## ORDER

PER CURIAM

AND NOW, this 17th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Craig GRAY, Petitioner**

**No. 223 EAL 2017**

Supreme Court of Pennsylvania.

October 17, 2017

## ORDER

PER CURIAM

AND NOW, this 17th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Valerie HUYETT, Petitioner**

v.

**DOUG'S FAMILY PHARMACY,**
**Respondent**

**No. 353 MAL 2017**

Supreme Court of Pennsylvania.

October 17, 2017

## ORDER

PER CURIAM

AND NOW, this 17th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**